UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

| | |
|---|---|
| JOANNE KELSO,<br>       Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC.;<br>and DOES 1 through 10, inclusive,<br>       Defendants. | CASE NO.:<br>2:13-cv-00622-SPC-UAM |

## NOTICE OF SETTLEMENT

Plaintiff, JOANNE KELSO, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, KOHL'S DEPARTMENT STORES, INC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Dated: 12/16/2013                          RESPECTFULLY SUBMITTED,

                                           By:   s/Benjamin H. Crumley_____
                                                 Benjamin H. Crumley
                                                 Florida Bar Number: S18284
                                                 ben@cwbfl.com
                                                 Crumley & Wolfe, P.A.
                                                 2254 Riverside Avenue
                                                 Jacksonville, Florida 32204
                                                 Telephone: 904.374.0111
                                                 Facsimile:  904.374.0113

                                           By:   s/G. Thomas Martin, III_____
                                                 G. Thomas Martin, III
                                                 California Bar Number: 218456
                                                 PRICE LAW GROUP, APC
                                                 15760 Ventura Blvd., Ste. 1100

Encino, CA 91436
Telephone: 818.907.2030
Facsimile:  818.205-3730

*Attorneys for Plaintiff Joanne Kelso*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 16th day of December, 2013:

RICHARD W. EPSTEIN, ESQ.
Florida Bar No. 229091
Richard.Epstein@gmlaw.com
JEFFREY BACKMAN, ESQ.
Florida Bar No. 662501
Jeffrey.Backman@gmlaw.com
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1500
Fort Lauderdale, Florida 33301
954.491.1120 (Telephone)
954.343.6958 (Facsimile)
*Attorneys for Defendant, Kohl's Department Stores*

By:   s/Benjamin H. Crumley_____
          Benjamin H. Crumley