UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOANNE KELSO, an individual

    Plaintiff,

v.                                       Case No:   2:13-cv-622-FtM-38UAM

KOHLS DEPARTMENT STORES,
INC. and DOES 1 TO 10,

    Defendants.
_____/

## ORDER

This matter comes before the Court on review of the docket. Plaintiff has failed to proceed in accordance with the Court's previous Order. (Doc. #25).

Accordingly, it is **ORDERED**:

1. Plaintiff shall comply with this Court's previous Order or show good cause as to why she has failed to comply no later than **Friday, January 10, 2014**.

2. In addition, Plaintiff Joanne Kelso and Defendant Kohl's Department Stores, Inc. shall file a stipulated form of final judgment no later than **January 27, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record