UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOANNE KELSO, an individual

    Plaintiff,

v.                      Case No:   2:13-cv-622-FtM-38UAM

KOHLS DEPARTMENT STORES,
INC. and DOES 1 TO 10,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Notice of Voluntary Dismissal of Defendants DOES 1 to 10 (Doc. #27) filed on January 7, 2014. The Court required Plaintiff to demonstrate whether she intended to pursue this matter against Defendants DOES 1 to 10 or otherwise show cause as to why she had not yet served Defendants DOES 1 to 10 pursuant to Federal Rule of Civil Procedure 4(m). (Doc. #25; Doc. #26). Plaintiff has now informed the Court that she voluntarily dismisses this matter with prejudice as to Defendants DOES 1 to 10.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

      (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, Plaintiff has filed this notice of dismissal and the Defendants DOES 1 to 10 have not filed anything in this matter.

Accordingly, it is now

**ORDERED:**

1. This matter is **DISMISSED with prejudice** against Defendants DOES 1 to 10.

2. No further action is needed with regard to the Court's Order to Show Cause. (Doc. #26).

3. The Clerk of Court is directed to administratively close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2